B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Alliance PJRT GP, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>35-2211787 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1200 North Ashland Avenue, Suite 600<br>Chicago, Illinois<br>ZIP CODE 60622 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>c/o DLA Piper LLP (US), Attn: Richard Chesley<br>203 North LaSalle St., Suite 1900, Chicago, Illinois<br>ZIP CODE 60601 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for<br>☐ Chapter 9    Recognition of a Foreign<br>☑ Chapter 11   Main Proceeding<br>☐ Chapter 12  ☐ Chapter 15 Petition for<br>☐ Chapter 13   Recognition of a Foreign<br>                        Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>under  Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br><br>☐ Debts are primarily consumer  ☐ Debts are primarily<br>debts, defined in 11 U.S.C.       business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only).  Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment<br>on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** _(This page must be completed and filed in every case.)_ | Name of Debtor(s): Alliance PJRT GP, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **N/A** | Case Number: | Date Filed: |
| Location Where Filed: **N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: See attached Rider 1 | Case Number: | Date Filed: |
| District: District of Delaware | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐    Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Alliance PJRT GP, Inc. |
|---|---|

| **Signatures** ||
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   Telephone Number (if not represented by attorney)

   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

   (Printed Name of Foreign Representative)

   Date

**Signature of Attorney***

X _____
   Signature of Attorney for Debtor(s)
   Stuart M. Brown
   Printed Name of Attorney for Debtor(s)
   Edwards Angell Palmer & Dodge LLP
   Firm Name
   919 North Market Street, 15th Floor
   Wilmington, Delaware 19801
   Address
   (302) 777-7770
   Telephone Number
   March 6, 2011
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual
   Michael Husman
   Printed Name of Authorized Individual
   President
   Title of Authorized Individual
   March 6, 2011
   Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# RIDER I

**Pending Bankruptcy Cases Filed by the Debtor and Its Affiliates
Each Concurrently Filed in the United States Bankruptcy Court
for the District of Delaware**

On the date of this petition, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of their petitions, such entities filed a motion requesting joint administration of their chapter 11 cases.

1. PJ Finance Company, LLC

2. PJ Holding Company Manager, LLC

3. PJ Holding Company, LLC

4. Alliance PJRT GP, Inc.

5. Alliance PJWE GP, L.L.C.

6. Alliance PJRT Limited Partnership

7. Alliance PJWE Limited Partnership

## CERTIFICATE

### Dated: March 6, 2011

The undersigned, the president of Alliance PJRT GP, Inc., a Delaware corporation (the "Corporation"), does hereby certify the following at and as of the date hereof:

(i)     attached as Annex A hereto is a true, accurate and complete copy of the resolutions (the "Resolutions") adopted by the unanimous written consent of the board of directors of the Corporation on March 6, 2011;

(iii)    such Resolutions were adopted by the Corporation in accordance with the terms of the Corporation's by-laws and certificate of incorporation, as amended and restated; and

(iv)    such Resolutions have not been amended, modified or rescinded since adopted, and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the date first set forth above.

$MnW.(\searrow$ ~

Name:    Michael Husman
Title:    President

**ANNEX A**

# UNANIMOUS WRITTEN CONSENT

## March 6, 2011

WHEREAS, in the judgment of the undersigned it is desirable and in the best interests of Alliance PJRT GP, Inc. (the "Corporation"), a Delaware corporation, to file a voluntary petition (the "Petition") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and the undersigned wish to approve such action.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the undersigned, it is desirable and in the best interests of the Corporation that the Corporation shall be, and the Corporation hereby is, authorized to file the Petition in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

FURTHER RESOLVED, that the law firm of DLA Piper LLP (US) shall be, and hereby is, employed as bankruptcy counsel for the Corporation under general retainer; and

FURTHER RESOLVED, that the law firm of Edwards Angell Palmer & Dodge LLP shall be, and hereby is, employed as local bankruptcy counsel for the Corporation under general retainer; and

FURTHER RESOLVED, that Michael Husman and the other officers and directors of the Corporation (each an "Authorized Person," and together the "Authorized Persons") are hereby each severally authorized, directed and empowered, in the name of and on behalf of the Corporation, to execute, verify and cause to be filed the Petition, including the schedules of assets and liabilities, the statement of financial affairs and other ancillary documents required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure to be filed with the Petition; and

FURTHER RESOLVED, that each Authorized Person is hereby severally authorized, directed and empowered, in the name of and on behalf of the Corporation, to execute, verify and cause to be filed requests for first-day relief from the Bankruptcy Court that such Authorized Person may deem necessary, proper, or desirable in connection with the Petition, with a view to the successful prosecution thereunder; and

FURTHER RESOLVED, that each Authorized Person is hereby severally authorized, directed and empowered, in the name of and on behalf of the Corporation, (i) to take or cause to be taken any and all actions, to make or cause to be made all payments (including but not limited to payments of expenses, retainers and filing fees), (ii) to make or cause to be made all federal, state and local governmental, administrative and/or regulatory filings as may be required or advisable under the laws or regulations of any jurisdiction, and (iii) to negotiate, enter into, execute, deliver and perform all other documents, agreements, certificates or instruments as may be necessary, appropriate, convenient or proper, in each case to effectuate the intent of, and the transactions contemplated by, the foregoing resolutions, and the execution and delivery thereof by such Authorized Person to be conclusive evidence of such approval; and

FURTHER RESOLVED, that each Authorized Person is hereby severally authorized, directed and empowered to cause the Corporation to enter into, execute, deliver, certify, file,

record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such Authorized Person shall be necessary, proper, and desirable to prosecute to a successful completion the Corporation's chapter 11 case or modify the obligations, organizational form and structure, and ownership of the Corporation consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, such Authorized Person's authority thereunto to be evidenced by the taking of such actions; and

FURTHER RESOLVED, that notwithstanding anything to the contrary in the foregoing resolutions, in the event that any action to be taken by the Corporation in furtherance of the foregoing resolutions adversely affects, or if the Corporation is advised by its counsel that such action is reasonably likely to adversely affect, the interests of the Corporation in favor of the interests of any of the Corporation's Affiliates (as such term is defined in section 101(2) of the Bankruptcy Code), the Authorized Persons shall have no authority to take such action unless approved by the Corporation's board of directors; and

FURTHER RESOLVED, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the Corporation by any Authorized Person prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved.

*[Signature page immediately follows]*

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent as of the date first written above, it being confirmed by each that this Unanimous Written Consent may be executed in counterparts, all of which taken together shall constitute a single instrument, and may be delivered to the Corporation by facsimile or PDF, with such facsimile or PDF to be considered final and effective.

**PJ HOLDING COMPANY, LLC**, the Corporation's sole shareholder

By: _____
Name:   Michael Husman
Title:    Authorized Signatory

$$\mathcal{M}_{\mu} \, W \cdot \mathcal{h} \, \text{---}$$

Name:   Michael Husman
Title:    Director

Name: Peter Wall
Title: Director

Name:    Kenneth Uva
Title:    Independent Director

Name: Victor Duva
Title: Independent Director

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------x
                                          :
In re                                     :  Chapter 11
                                          :
Alliance PJRT GP, Inc.,                   :  Case No. _____ (_____)
a Delaware corporation,                   :
                                          :
              Debtor.                     :
                                          :
---------------------------------------------------------x
```

## LIST OF CREDITORS HOLDING
## <u>THE TWENTY LARGEST UNSECURED CLAIMS</u>

      The debtor in this chapter 11 case and certain affiliated entities (collectively, the "<u>Debtors</u>") each filed a voluntary petition in this Court on March 7, 2011 (the "<u>Petition Date</u>") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtors' twenty largest unsecured creditors on a consolidated basis (the "<u>Top 20 List</u>"), based on the Debtors' books and records as of the Petition Date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME , TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (if secured also state value of security) |
| Bank of America, N.A., as trustee for the registered holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2007-C2. | 540 West Madison Street, Chicago, Illinois 60601 | Bank Loan | | $475,000,000 (value of security $275,000,000) |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME , TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (if secured also state value of security) |
| Quantum Asset Development, Inc. | 4225 Lake Forest Drive<br>Kalamazoo, Michigan 49008<br>Ph: (269)217-4625<br>Fax: (269) 663-2088<br>Email: Quantumhc@sbcglobal.net | Trade Debt | | $417,319.77 |
| Aimsco/MRO | 3200 Earhart Drive<br>Carrollton, Texas 75006<br>Ph: 972-416-7500<br>Fax: (972) 416-1781<br>E-mail: darrow@aimscosupply.com | Trade Debt | | $389,440.89 |
| HD Supply Facilities Maintenance | P.O. Box 509058<br>San Diego, California 92150<br>Ph: (800) 798-8809<br>Fax: (800) 859-8889<br>E-mail: david.millett@hdsupply.com | Trade Debt | | $190,725.82 |
| Genie Services, Inc. | 2010 W. Parkside Ln. #140<br>Phoenix, Arizona 85027-1212<br>Ph: (602)841-5051<br>Fax: (623) 582-6116<br>Email: njeancheff@genieservices.com | Trade Debt | | $142,479.50 |
| Valet Waste | 601 North Ashley Drive, Suite 700<br>Tampa, Florida 33602<br>Ph: (813) 248-1327<br>Fax: (813) 248-8857<br>Email: info@trenam.com | Trade Debt | | $140,000.00 |
| Richmond & Associates Landscaping Ltd | 11359 Kline Drive<br>Dallas, Texas 75229<br>Ph: (972) 488-4769<br>Fax: (972) 488-8999<br>Email: chaun@richmondlandscape.com | Trade Debt | | $130,814.77 |
| Contemporary Contractors Inc. | P.O. Box 177453<br>Irving, Texas 75017<br>Ph: (972) 399-1255<br>Fax: (972) 986-7912<br>Email:rebecca@contemporarycontractors.com | Trade Debt | | $130,508.35 |
| Nature's Paintbrush | 3153 Spur Trail<br>Dallas, Texas 75234<br>Ph: (214) 878-9615<br>Fax: (214) 358-8923<br>Email: Naturespaintbrsh@aol.com | Trade Debt | | $128,592.46 |
| Consumer Source Inc. | P.O. Box 402039<br>Atlanta, Georgia 30384<br>Ph: (713) 960-8292<br>Fax: (678) 421-3233<br>Email: yquijano@primedia.com | Trade Debt | | $113,905.20 |
| Alliance Tax Advisors | 433 E Las Colinas Blvd Ste# 980<br>Irving, Texas 75039<br>Ph: (214) 496-9800<br>Fax: (214) 496.9801<br>Email: lbackus@atatax.com | Trade Debt | | $108,510.00 |

EAST\44306362.6

| (1) | (2) | (3) | (4) | | (5) |
|---|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME , TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | | AMOUNT OF CLAIM (if secured also state value of security) |
| Dfw Tech Group Inc | 2225 E Randol Mill Rd Suite 515 Arlington, Texas 76011 Ph: (817) 640-6120 Fax: (817) 640-6256 Email: frank@dfwtechgroup.com | Trade Debt | | | $98,562.50 |
| Bnk Inc | 4224 Shackleford Road Norcross, Georgia 30093 Ph: (770) 451-6890 Fax: (770) 451-6796 Email: bnkcontracting@yahoo.com | Trade Debt | | | $79,686.60 |
| Creative Multicare, Inc. | P.O. Box 1147 Jonesboro, Georgia 30237 Ph: (770) 478-8728 Fax: (770) 478-8717 Email: scoria@creativemulticare.com | Trade Debt | | | $78,173.00 |
| Element Enterprises | 255 N. Center Street Suite 106 Arlington, Texas 76011 Ph: (817) 375-8453 Fax: (817) 375-8458 Email: shanabeaty@txelement.com | Trade Debt | | | $76,162.02 |
| Red Carpet Cleaning | P.O. Box 892 Colleyville, Texas 76034 Ph: 817-682-1856 Fax: (817) 633-4087 Email: redcarpetservices@yahoo.com | Trade Debt | | | $75,396.60 |
| Aquarius Painting Company | 2100 N. HWY 360 Suite 1906B Grand Prairie, Texas 75050 Ph: (214) 412-3818 Fax: (214) 412-3919 Email: info@aquariuspaintingcompany.com | Trade Debt | | | $70,082.61 |
| National Water & Power | Attn: Accounting 22 Executive Park Irvine, California 92615 Ph: (877) 629-6082 Fax: (714) 445-0040 Email: bsmolarski@nwpsc.com | Trade Debt | | | $69,853.02 |
| Beaver Force Property Services, LLC | PO Box 48926 Watauga, Texas 76148 Ph: (817) 721.4583 Fax: (817) 741.8650 Email: ccervantes@beaverpropertyservices.com | Trade Debt | | | $65,045.49 |
| Valley Green Landscape Inc | P.O. Box 620150 Las Vegas, Nevada 89162 Ph: (702) 458-5979 Fax: (702) 458-2515 Email: valleygrn@aol.com | Trade Debt | | | $63,150.00 |

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
                                    :
In re                               : Chapter 11
                                    :
Alliance PJRT GP, Inc.,             : Case No. _____ (_____)
a Delaware corporation,             :
                                    :
            Debtor.                 :
                                    :
-----------------------------------------------------x
```

## DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS
## HOLDING THE TWENTY LARGEST UNSECURED CLAIMS

I, Michael Husman, president of Alliance PJRT GP, Inc., a Delaware corporation and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Creditors Holding the Twenty Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: March 6, 2011

$$\mathcal{M}_\mu \, \mathcal{W}_\cdot \mathcal{l} \, \mathcal{l}_\delta$$

Name: Michael Husman
Title: President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
Alliance PJRT GP, Inc.,                   :   Case No. _____ (_____)
a Delaware corporation,                   :
                                          :
            Debtor.                       :
                                          :
-------------------------------------------------------------x
```

## <u>CONSOLIDATED LIST OF CREDITORS</u>

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "<u>Debtors</u>") each filed a petition in this Court on March 7, 2011 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of the petition, the Debtors filed a single consolidated list of creditors (the "<u>Consolidated Creditor List</u>"), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditor List is being submitted to the Court electronically as an attachment hereto.

[information provided in electronic format]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
                                      :
In re                                 :  Chapter 11
                                      :
Alliance PJRT GP, Inc.,               :  Case No. _____ (_____)
a Delaware corporation,               :
                                      :
         Debtor.                      :
                                      :
-------------------------------------------------x
```

## DECLARATION REGARDING CONSOLIDATED CREDITOR LIST

I, Michael Husman, president of Alliance PJRT GP, Inc., a Delaware corporation and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the Consolidated Creditor List submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: March 6, 2011

_____

Name:  Michael Husman
Title:  President

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------x
                                                 :
In re                                            :  Chapter 11
                                                 :
Alliance PJRT GP, Inc.,                           :  Case No. _____ (_____)
a Delaware corporation,                           :
                                                 :
        Debtor.                                   :
                                                 :
------------------------------------------------------------x
```

## LIST OF EQUITY SECURITY HOLDERS

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities/ Kind of Interest |
|---|---|---|
| PJ Holding Company, LLC 1200 North Ashland Avenue, Suite 600 Chicago, Illinois, 60622 | common stock, no par value | 1,000 shares |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
                                           :
In re                                      :  Chapter 11
                                           :
Alliance PJRT GP, Inc.,                    :  Case No. _____ (____)
a Delaware corporation,                    :
                                           :
              Debtor.                      :
                                           :
-----------------------------------------------------x
```

## DECLARATION CONCERNING THE DEBTOR'S LIST
## OF EQUITY SECURITY HOLDERS

I, Michael Husman, president of Alliance PJRT GP, Inc., a Delaware corporation and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Equity Security Holders submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: March 6, 2011

$Mn\ W.1b\omega$

Name:   Michael Husman
Title:     President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
In re                                    :
                                         :  Chapter 11
Alliance PJRT GP, Inc.,                   :
a Delaware corporation,                   :  Case No. _____  (_____)
                                         :
            Debtor.                       :
-------------------------------------------------------------x
```

## ALLIANCE PJRT GP, INC.'S STATEMENT PURSUANT
## TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)

For its Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), Alliance PJRT GP, Inc. (the "Debtor") respectfully represents that PJ Holding Company, LLC directly or indirectly owns 10% or more of the Debtor's equity interests.

*[remainder of page intentionally left blank]*

Dated: March 7, 2011
Wilmington, Delaware

Respectfully submitted,

_____
Stuart M. Brown (DE 4050)
Michelle E. Marino (DE 4577)
EDWARDS ANGELL PALMER & DODGE LLP
919 N. Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 777-7770
Facsimile: (302) 777-7263
Email: sbrown@eapdlaw.com
       mmarino@eapdlaw.com

-and-

Richard A. Chesley (IL 6240877)
Kimberly D. Newmarch (DE 4340)
DLA PIPER LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email:    richard.chesley@dlapiper.com
          kim.newmarch@dlapiper.com

PROPOSED ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION